# United States Bankruptcy Court
## FOR THE
## SOUTHERN DISTRICT OF NEW YORK

IN RE: FREDDA M BATES                                      CASE No. 00-08-22517
      36 BIRCHWOOD LANE
      HARTSDALE, NY  10530

# FINAL REPORT AND ACCOUNT
### DATED: 07-23-08
### CLOSED/DISM NOT CONFIRM

Pursuant to Chapter 13 Rules 2015[c][2] and 2015[a][2], your trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements. Copies of these detailed records have been filed with the Court, or are attached hereto, and as provided by Chapter 13 Rules 2015[c][2] and 2015[a][2] are incorporated by reference in this report.

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of creditors.   $0.00
                                                                                 0.00 PERCENT PLAN

| CLAIM NUMBER | CREDITOR'S NAME | CLASSIFICATION | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | AMOUNT PAID INTEREST | BALANCE DUE |
|---|---|---|---|---|---|---|
|   |   |   |   |   |   |   |

|   |   |
|---|---|
| INTEREST | 0.00 |
| TOTAL DISBURSEMENTS | 0.00 |

ATTORNEY         : BARTON P. LEVINE, ESQ.
DATE FILED       : 04-17-08
DATE CONFIRMED   :
DATE TERMINATED  : 07-23-08

REFUND TO DEBTOR: 0.00

                                                      /S/ Jeffrey L. Sapir
                                                              TRUSTEE

     Pursuant to F.R.C.P. 5009, I hereby certify that the estate of the above named Debtor has been fully administered.

Dated: July 23, 2008
       White Plains, New York

                                     */s/ Jeffrey L. Sapir*
                                     JEFFREY L. SAPIR

STATE OF NEW YORK    }
COUNTY OF WESTCHESTER  } ss:

     MICHELLE L. HORTON, being duly sworn, deposes and says:

     That I am not a party to the action and am over 18 years of age and reside in Thornwood, New York.

     On July 23, 2008, I served a true copy of the annexed Chapter 13 Trustee's Final Report and Account by mailing same in a sealed envelope with postage prepaid thereon in an official depository of the United States Postal Service within the State of New York to: Office of the U.S. Trustee, 33 Whitehall Street, 21st Floor, New York, New York 10004.

                                       */s/ Michelle L. Horton*
                                     MICHELLE L. HORTON

Sworn to before me the
23rd day of July, 2008
  */s/ Jeffrey L. Sapir*
    *JEFFREY L. SAPIR*
*NOTARY PUBLIC State of New York*
     *No. 60-8764500*
 Qualified in Rockland County
 Cert. Filed in Westchester County
  Term Expires: 12-31-2010